(C.D. 4329)

MORSLY HANDKERCHIEF CO. ET AL. *v.* UNITED STATES

(Dated January 27, 1972)

*Brooks & Brooks* (*Charles P. Deem* of counsel) for the plaintiffs.

*L. Patrick Gray, III,* Assistant Attorney General (*Andrew P. Vance,* trial attorney), for the defendant.

RICHARDSON, Judge: Plaintiffs move under Rule 14.7 for an order suspending the actions enumerated in an attached Schedule pending the final determination of *United Merchants, Inc.* v. *United States,* Court No. 70/29939, and the motions are not opposed by the defendant. Plaintiffs' motions are disposed of as follows:

As to the actions enumerated in the attached Schedule identified with the prefix (A), the motion is denied without prejudice to a renewal thereof upon proper papers. The court's files indicate that the entry papers in these cases have not been received by the court from the custody of the customs officials.

As to the actions enumerated in the said Schedule identified with the prefix (B), the motion and the said actions are dismissed for prematurity by reason of the fact that in contravention of 19 U.S.C.A., section 1503(a) (section 503(a), Tariff Act of 1930, as amended by the Customs Simplification Act of 1953) liquidation of the subject entries was not made upon a *final appraised value,* and as such, is void, liquidation in each instance having taken place within 60 days of the date of the appraiser's report. See *United States* v. *Boston Paper Board Co.,* 23 CCPA 372, T.D. 48233 (1936), and other cases cited in Memorandum to Accompany Order in *Lamb-Weston, Inc.* v. *United States,* protest 69/38803, C.D. 4301, decided December 1, 1971. It is the duty of the regional commissioner of customs to liquidate the involved entries in the manner provided for by law so that plaintiffs may file a valid protest against said entries if they be so advised.

As to the actions enumerated in the said Schedule identified with the prefix (C), the motion, being unopposed and within the court's jurisdiction, is granted, and the said actions will be suspended under the action entitled *United Merchants, Inc.* v. *United States*, Court No. 70/29939.

SCHEDULE OF ACTIONS

*Court Nos.*

| | | |
|---|---|---|
| (A) 70/60058 | (B) 70/49479 | (B) 70/6739 |
| (B) 70/57126 | (B) 70/19793 | (B) 70/8167 |
| (B) 70/12919 | (B) 70/19406 | (B) 70/8467 |
| (B) 70/16744 | (B) 70/16808 | (B) 70/9901 |
| (B) 70/34796 | (C) 70/17562 | (C) 70/9920 |
| (B) 70/27466 | (B) 70/17580 | (B) 70/10268 |
| (B) 70/17762 | (C) 70/17664 | (B) 70/10269 |
| (C) 70/3417 | (B) 70/17836 | (B) 70/10484 |
| (B) 70/14632 | (B) 70/19226 | (B) 70/11127 |
| (B) 70/6954 | (B) 70/19228 | (B) 70/11128 |
| (C) 70/38270 | (B) 70/19301 | (B) 70/11129 |
| (B) 70/56983 | (B) 70/19309 | (B) 70/12962 |
| (B) 70/56891 | (B) 70/19405 | (B) 70/13589 |
| (B) 70/57197 | (B) 70/19819 | (B) 70/13618 |
| (B) 70/56906 | (C) 70/19834 | (B) 70/14054 |
| (B) 70/57296 | (C) 70/22431 | (B) 70/14055 |
| (B) 70/57819 | (C) 70/22957 | (B) 70/14056 |
| (B) 70/57820 | (C) 70/23020 | (B) 70/14057 |
| (B) 70/58834 | (B) 70/25505 | (B) 70/17658 |
| (A) 70/60631 | (C) 70/25860 | (B) 70/20070 |
| (A) 70/60720 | (C) 70/26150 | (B) 70/29641 |
| (B) 70/12920 | (C) 70/27822 | (B) 70/29736 |
| (C) 70/10542 | (B) 70/32220 | (B) 70/32461 |
| (B) 70/38402 | (C) 70/14567 | (B) 70/32906 |
| (C) 70/22491 | (C) 70/26126 | (B) 70/33128 |
| (B) 70/5876 | (C) 70/31807 | (B) 70/33318 |
| (B) 70/3996 | (C) 70/32274 | (B) 70/33570 |
| (B) 70/51179 | (C) 70/29143 | (B) 70/34053 |
| (B) 70/51182 | (B) 70/16634 | (B) 70/34082 |
| (B) 70/56601 | (B) 70/268 | (B) 70/36682 |
| (B) 70/59200 | (B) 70/1711 | (C) 70/4254 |
| (B) 70/58248 | (C) 70/4884 | (C) 70/43852 |
| (B) 70/45007 | (C) 70/6107 | |